ROSE FAERMAN and Others, Respondents, v. THOMAS FEELY, Defendant, and VICTOR MEYER, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

HANDMAN SILK CORPORATION (a Domestic Corporation), Appellant, v. VOVE WILON, Also Known as WOLF WILON, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Carswell and Tompkins, JJ.; Johnston, J., not voting.

CAROLINA HRAB, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., Required for the Purpose of Opening and Extending East Ninety-sixth Street from East New York Avenue to Rutland Road, etc., in the Borough of Brooklyn, City of New York. NATHAN I. SLUTSKY, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of HANSEN & METZGER, INC., Appellant, for an Order of Certiorari against HENRY L. CONNELL and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and WILLIAM J. HEFFERNAN and Another, Intervenors, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Petitions of EDGAR HAMILTON HOLDEN and Others for an Order Vacating, Canceling and Setting Aside the Orders of This Court, Made and Entered on February 8, 1929, and April 19, 1929, Directing and Authorizing the Chamberlain of the City of New York to Pay to BARBARA C. NELSON under Two of Said Orders, and to AUGUSTA A. HIGGINS, under One of Said Orders, the Awards for Damage Parcels Nos. 6 and 6-a in the Proceedings Entitled: In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on the Northerly Side of Copeland Avenue between Montague and Griffith Avenues, Glendale, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law; and for a Further Order Directing the Said BARBARA C. NELSON and AUGUSTA A. HIGGINS and Others to Deposit the Money Paid by Virtue of Said Orders into Court, with Interest Thereon, and for an Order Rescinding, Canceling and Setting Aside Assignments of Awards Made by the Petitioners to BARBARA C. NELSON, and for an Order Adjudging and Declaring a Certain Tax Sale Certificate No. 965, Sold on November 22, 1909, to be Null and Void, etc.— Motion granted. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ. Settle order on notice.

In the Matter of the Judicial Settlement of the Account of Proceedings of JEMIMA T. FINDLAY (Formerly JEMIMA T. HUYLER), FRANK DEKLYN HUYLER, JR., and Another, as Executors, etc., of FRANK DEKLYN HUYLER, Deceased. MILDRED H. GILLIES, and LEON M. WOODWORTH, Special Guardian, etc., Appellants; FRANK DEKLYN HUYLER, JR., and Another, as Executors, etc., of FRANK DEKLYN HUYLER, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.